IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:25-CR-00087-D-RJ-2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER ON DEFENDANT'S |
| v. ) | MOTION TO SEAL PROPOSED |
| ) | SEALED SENTENCING |
| RANDY LEE HOLMES, ) | MEMORANDUM |
| ) | |
| Defendant. ) | |

This matter comes before the Court on the motion of Defendant Randy Lee Holmes to seal his proposed sealed sentencing memorandum. Having considered the motion and other matters of record, the Court finds that sealing is necessary to give effect to Local Criminal Rule 32.2(j), and, therefore, the motion to seal should be GRANTED. The sentencing memorandum [D.E. 73] shall remain under seal.

IT IS SO ORDERED.

This the __5__ day of November, 2025.

JAMES C. DEVER III
United States District Judge